DAVID B. BARLOW, United States Attorney (No. 13117)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

FILED
U.S. DISTRICT COURT

2011 NOV 16 A 11: 36

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ALLEN GLOSSON,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br><br>18 U.S.C. § 2251(a),<br>Production of Child Pornography;<br><br>18 U.S.C. § 2252A(a)(5)(B),<br>Possession of Child Pornography. |

Case: 2:11-cr-00948
Assigned To : Stewart, Ted
Assign. Date : 11/16/2011
Description: USA v.

The Grand Jury charges:

## COUNT I
### (Production of Child Pornography)

Between on or about March 14, 2011, and on or about June 19, 2011, in the

Central Division of the District of Utah,

**ERIC ALLEN GLOSSON,**

1

defendant herein, did knowingly, employ, use, persuade, induce, entice and coerce a minor, Child A, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and the defendant ERIC ALLEN GLOSSON, knew and had reason to know such visual depictions were produced using materials that had been mailed, shipped, and transported across state lines and in foreign commerce by any means; all in violation of 18 U.S.C. § 2251(a).

## COUNT II
### (Possession of Child Pornography)

Beginning on a date unknown to the Grand Jury and continuing to on or about June 19, 2011, in the Central Division of the District of Utah,

### ERIC ALLEN GLOSSON,

defendant herein, did knowingly possess any matter containing one or more images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offenses alleged in Counts I and II of this

Indictment, which are punishable by imprisonment for more than one year, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a)(3) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation 18 U.S.C. § 2252A and any property traceable thereto, including but not limited to:

- Toshiba laptop computer, serial number 6A737116Q;
- Personal computer, black in color, no visible serial number;
- Motorola mobile phone, serial number 65129
- LG mobile phone, serial number 904KPNY0234015

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

MATTHEW L. BELL
Assistant United States Attorney

3