DAVID B. BARLOW, United States Attorney (No. 13117)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:11-CR-00948-001-TS |
| Plaintiff, | : | POSITION OF UNITED STATES WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS |
| ERIC ALLEN GLOSSON, | : | |
| Defendant. | : | |

---

The United States, by and through the undersigned Assistant United States Attorney, and pursuant to the District of Utah Criminal Rule 32-1(b), declares that it has one objection to the Presentence Report. In paragraph 59, the Presentence Report states that there is no restitution owing. The United States has yet to receive a restitution request from the victim in this case, but the government has also not confirmed that no such request will be made. Should the government receive a restitution request prior to sentencing, it will promptly relay the request to the defendant, to United States Probation,

and to the Court.  Further, the United States is unaware of any disputed matters between the United States and defendant with respect to the Presentence Report.

DATED:   12 April 2012.

DAVID B. BARLOW
United States Attorney

*/s/ Matthew L. Bell*

MATTHEW L. BELL
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Position of United States with Respect to Sentencing Factors was mailed postage prepaid, delivered through interoffice mail, or electronically filed to all parties named below, this 12th day of April, 2012.

Coby Leavitt
United States Probation Officer
134 North 200 East, Suite 101
St. George, Utah 84770

Keith Barnes
Attorney for Defendant
415 North Main Street, Suite 303
Cedar City, UT 84720

                                            */s/ Laurie Richardson*

                                            LAURIE RICHARDSON
                                            Legal Assistant