KEITH C. BARNES (7136)
***BARNES LAW OFFICES, P.C.***
415 North Main, Suite 303
Cedar City, UT 84721
Telephone: (435) 586-6999
Fax: (435) 586-1315

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | POSITION OF THE DEFENSE |
| Plaintiff, | ) | WITH RESPECT TO SENTENCING |
| | ) | FACTORS |
| v. | ) | |
| | ) | |
| ERIC ALLEN GLOSSON, | ) | |
| | ) | Case No. 2:11-CR-00948-001-TS |
| Defendant. | ) | Honorable Judge Ted Stewart |

_____

Pursuant to DUCrimR 32-1(b), the Defendant does not dispute any sentencing factors in

the Presentence Report submitted by the United States Probation Office.

DATED this 24th day of April, 2012.

 /s/ Keith C. Barnes
KEITH C. BARNES
Attorney for Defendant

ELECTRONIC FILING CERTIFICATE

    I hereby certify that a true and correct copy of the above POSITION OF THE
DEFENSE WITH RESPECT TO SENTENCING FACTORS was filed electronically and caused
to be served by electronic notice to all parties listed below on this 24th day of April, 2012:

Matthew L. Bell
Assistant United States Attorney
20 North Main Street, #208
St. George, UT 84770

Faxed to:
Cody Leavitt
United States Probation Officer
(435) 634-8028


                        /s/ Keith C. Barnes