# NOTICE OF AND EXPLICIT RESERVATION OF ALL RIGHTS

Date: 24 August Anno Domini 2012

2:11cr-948 TS

TO: D. Marc Jones
d.b.a. D. MARC JONES, CLERK OF THE COURT
U.S. DISTRICT COURT, DISTRICT OF UTAH
350 S MAIN STREET, ROOM 150
SALT LAKE CITY, UTAH 84101-2180

RE: " EXPLICIT RESERVATION OF ALL RIGHTS WITHOUT PREDJUDICE / NON NEGOTIABLE NOTICE OF ACCEPTANCE"

**RECEIVED CLERK**

**AUG 29 2012**

**U.S. DISTRICT COURT**

**PLEASE TAKE NOTICE** that I, Eric Allen Glosson, sentient moral being Reserve the Right not to be compelled to perform under any contract or commercial agreement that I did not enter Knowingly, Willingly, Voluntarily, Intentionally, Intelligently, with Full-Disclosure and meeting of the minds.

Furthermore, I do not accept the compelled benefit of any unrevealed contract or commercial agreement.

I repent of my debt(s).

I request settlement/adjustment/Discharge and closure of the account(s) in the Private.

You have three days (3) to respond to this **NOTICE**.

I request you Notify **all** parties.

In accordance with the Holy Scriptures, II Corinthians, Chapter 13, verse 1:
" In the mouth of two or three witnesses shall every word be established ".

"WITHOUT PREJUDICE"

c/o    P.O. Box 9000          via; Witness: _____  Date: 24 AUGUST A.D. 2012
Safford, Arizona Republic                    Andrew Ryan
                                             Sui Juris/In propria persona

c/o    P.O. Box 9000          via; Witness: _____  Date: 24 August A.D. 2012
Safford, Arizona Republic                    Michael Shirley
                                             Sui Juris/In propria persona


" Without Predjudice "

Eric Allen Glosson, Sui juris
c/o P.O. Box 9000
Safford, Arizona Republic

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Date: 24 August Anno Domini 2012

**TO:**     D. Marc Jones
**d.b.a.**  D. MARC JONES, CLERK OF THE COURT
            U.S. DISTRICT COURT, DISTRICT OF UTAH
            350 S MAIN STREET, ROOM150
            SALT LAKE CITY, UTAH 84101-2180

**RE:** " CRIMINAL MONETARY PENALTIES DEFENDANT: ERIC ALLEN GLOSSON CASE NUMBER: DUTX211CR000948-001-TS/ SCHEDULE OF PAYMENTS "

**PLEASE TAKE NOTICE** that I, Eric Allen Glosson, sentient moral being, fully **ACCEPT FOR VALUE** your offer, " CRIMINAL MONETARY PENALTIES DEFENDANT: ERIC ALLEN GLOSSON CASE NUMBER: DUTX211CR000948-001-TS/ SCHEDULE OF PAYMENTS " and **RETURN FOR VALUE** this offer herein attached to you.

I indicated my **ACCEPTANCE** by my Autograph and Date.

This is by Special Appearance, Sui juris, In propria persona, **never** is my appearance general in Nature

I repent of my debt(s)

In my lifetime I have made mistakes, as specific mistakes are made aware to me, I will repent of them.

I do not argue the Facts.

I request settlement/adjustment/Discharge of the account(s) in the Private

I request settlement/adjustment/Discharge and closure of the account(s) in the Private

I request settlement/adjustment/Discharge and closure of the account(s) in the Private, the issuance and other presented to me for **ACCEPTANCE** of the same.

Page 1 of 2

I request all Public Charges be adjusted (set-off) and Discharge by the **Exemption** in accordance with **Uniform Commercial Code § § 3-419, 10-104; Public Law 73-10; and Public Policy – House Joint Resolution (H J R) 192 of June 5, 1933 Anno Domini (Discharge of all debt(s) Public and Private).**

You have three (3) days to respond to this **NOTICE**

**DISHONOR** will result if you fail to respond.

I request you Notify **all** parties.

In accordance with the Holy Scriptures, II Corinthains, Chapter 13, verse 1:
" In the mouth of two or three witnesses shall every word be established ".
"Without prejudice"

c/o      P.O. Box 9000                 via; Witness: Andrew Ryan              Date: 24 AUGUST A.D. 2012
Safford, Arizona Republic                            Sui juris/In propria persona

c/o P.O. Box 9000                      via; Witness: Michael Shirley          Date: 24 August A.D. 2012
Safford, Arizona Republic                            Sui juris/In propria persona

" Without Predjudice "

Eric Allen Glosson, Sui juris
c/o P.O. Box 9000
Safford, Arizona Republic

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: ERIC ALLEN GLOSSON
CASE NUMBER: DUTX211CR000948-001-TS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 11,399.90 |

☐ The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Lee Stoeckle | $11,399.90 | $11,399.90 | |
| 9979 Cheyenne Circle | | | |
| Ventura, CA 93004 | | | |
| Pay to the U.S. Treasury | | | |
| MONEY ORDER | | | |
| **TOTALS** | $ 11,399.90 | $ 11,399.90 | |

$11,499.90

☐ Restitution amount ordered pursuant to plea agreement $ ____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☑ the interest requirement is waived for the    ☐ fine    ☑ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT: ERIC ALLEN GLOSSON
CASE NUMBER: DUTX211CR000948-001-TS

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B ☑ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

    Payments to be made at a minimum rate of $25 per month during the period of incarceration and $50 per month upon release from confinement or as otherwise directed by the Probation Office.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

    • Toshiba laptop computer, Serial No. 6A737116Q; • Personal computer, black in color, no visible serial number
    • Motorola mobile phone, Serial No. 65129; • LG mobile phone, Serial No. 904KPNY023415

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| Form **56** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) ERIC ALLEN GLOSSON | Identifying number 524599156 | Decedent's social security no. 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 |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
c/o P.O. Box 9000

City or town, state, and ZIP code (If a foreign address, see instructions.)
Safford, Arizona Republic

Fiduciary's name
TIMOTHY GEITHNER, SECRETARY OF TREASURY

Address of fiduciary (number, street, and room or suite no.)
1500 PENNSYLVANIA AVE NW

City or town, state, and ZIP code
WASHINGTON, D.C. 20220

Telephone number (optional)
(   )

### Section A.  Authority

**1**   Authority for fiduciary relationship. Check applicable box:
**a**   ☐ Court appointment of testate estate (valid will exists)
**b**   ☐ Court appointment of intestate estate (no valid will exists)
**c**   ☐ Court appointment as guardian or conservator
**d**   ☐ Valid trust instrument and amendments
**e**   ☒ Bankruptcy or assignment for the benefit or creditors
**f**   ☐ Other. Describe ▶
**2a**  If box 1a or 1b is checked, enter the date of death ▶
**2b**  If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B.  Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply):  ☐ Income   ☒ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
        ☐ Excise   ☐ Other (describe) ▶

**4**   Federal tax form number (check all that apply):  **a**☐ 706 series  **b**☐ 709  **c**☐ 940  **d**☐ 941, 943, 944
        **e**☐ 1040, 1040-A, or 1040-EZ  **f**☐ 1041  **g**☐ 1120  **h**☐ Other (list) ▶

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . . ▶ ☐
        and list the specific years or periods ▶

**6**   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
        and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a |  | 4b |  |
| 4c |  | 4d |  |
| 4e |  | 4f |  |
| 4g |  | 4h: |  |
| 4h: |  | 4h: |  |

**For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.**   Cat. No. 16375I   Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011) Page 2

## Part II  Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | | |
|---|---|---|---|---|
| U.S. District Court, District of Utah | | 12 December Anno Domini 2011 | | |
| Address of court | | Docket number of proceeding | | |
| 350 S Main Street | | DUTX211CR000948-001-TS | | |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. | Place of other proceedings |
| Salt Lake City, Utah 84101-2180 | | | ☐ p.m. | ST. George, Utah |

## Part III  Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____    _____    _____
Fiduciary's signature                                Title, if applicable                               Date

Form 56 (Rev. 12-2011)