# NOTICE OF DISHONOR
Case 2:11-cr-00948-TS   Document 35   Filed 09/10/12   Page 1 of 2

Date: 6 September Anno Domini 2012

**RECEIVED CLERK**
**SEP 1 0 2012**
**U.S. DISTRICT COURT**

TO:    D. Marc Jones, Clerk of the Court
d.b.a.  D. MARC JONES, CLERK OF THE COURT
        U.S. DISTRICT COURT, DISTRICT OF UTAH
        350 S MAIN STREET, ROOM 150
        SALT LAKE CITY, UTAH 84101-2180

RE: " EXPLICIT RESERVATION OF ALL RIGHTS WITHOUT PREDJUDICE / NON NEGOTIABLE NOTICE OF ACCEPTANCE "

**PLEASE TAKE NOTICE** that you are in **DISHONOR** for failure to respond to the EXPLICIT RESERVATION OF ALL RIGHTS WITHOUT PREDJUDICE / NON NEGOTIABLE NOTICE OF ACCEPTANCE, Dated 24 august Anno Domini 2012 concerning " CRIMINAL MONETARY PENALTIES DEFENDANT: ERIC ALLEN GLOSSON CASE NUMBER: DUTX211CR000948-001-TS/ SCHEDULE OF PAYMENTS"

*[handwritten: 2:11CR948]*

I look to you for payment or performance.

Ten (10) days are provided for your response to this **NOTICE.**

I request you Notify **all** parties.

Falure to respond forfeits any/all claim/right in accordance with the doctrine of laches, estoppel and waiver.

In accordance with the Holy Scriptures, II Corinthians, Chapter 13, verse: 1
" In the mouth of two or three witnesses shall every word be established ".

c/o    P.O. Box 9000        via; Witness: *[signature]* "Without Predjudice"
Safford, Arizona Republic            Andrew Ryan  Date: 6 SEPTEMBER A.D. 2012
                                         Sui juris/In propria persona

c/o    P.O. Box 9000        via; Witness: *[signature]* "without Predjudice"
Safford, Arizona Republic            Michael Shirley  Date: 1 September A.D. 2012
                                         Sui juris/In propria persona

"With out Predjudice "

*[signature]*
Eric Allen Glosson, Sui juris
c/o P.O. Box 9000
Safford, Arizona Republic

Eric Allen Glossar
c/o #18653-081
c/o P.O. Box 9000
Safford, Arizona Republic
Federal Correctional Institution

USA 1-CLASS FOREVER

PHOENIX AZ 850
06 SEP 2012 PM 6 L

⇔18653-081⇔
D Marc Jones Court Clerk
US District Court
350 S MAIN ST
Room 150
SALT LAKE CITY, UT 84101-2180
United States

841012210699