LETTER OF REQUEST

Date: 11 November Anno Domini 2012

TO: D. Marc Jones, Clerk of the Tribunal/Court

d.b.a.: D. MARC JONES, CLERK OF THE TRIBUNAL/COURT

Frank E. Moss Courthouse
350 S. Main ST
Suite 150
Salt Lake City, UT 84101-2180
United States

RECEIVED CLERK
NOV 15 2012
U.S. DISTRICT COURT

RE: "LETTER OF REQUEST / CASE # 2:11-CR-000948-TS1"

FOR THE RECORD

PLEASE TAKE NOTICE that I Eric Allen Gibson, sentient moral being, Sui Juris, In propria persona, by Special Appearance do hereby request that the "LETTER" Dated 2 November A.D 2012 "requesting" the Indictment/Bill of restitution be disregarded and struck from the record as this case/charge in the form of 2:11-CR-000948-TS1 has already been settled in the Private.

Furthermore, I do hereby give notice that the Secretary of Treasury has a Interest in these funds and was reported to his office/Department, as well as the Attorney General and the Department of Justice has been given constructive notice. I await your settlement in the Public.

"Without Prejudice"

Eric Allen Gibson, Sui Juris
Grantor of the Trust
c/o P.O. Box 370
Panguitch, Utah Republic

Eric Allen Crosson
c/o Garfield County Jail
c/o P.O. Box 370
Panguitch, Utah [84759]

D. Mark Jones, Clerk of the Tribunal
Frank E. Moss Courthouse
350 S. Main ST
Suite 150
Salt Lake City, UT 84101-2180

LEGAL