FILED
U.S. DISTRICT COURT

2013 JAN -7 ⊃ 12: 19

DISTRICT OF UTAH

BY: DEPUTY CLERK

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

NOV 17 2011

BY D. MARK JONES, CLERK
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00948-TS |
| Plaintiff, | |
| vs. | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ERIC ALLEN GLOSSON, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY AGENT OF DEPARTMENT OF HOMELAND SECURITY, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Court orders that you bring ERIC ALLEN GLOSSON, now being confined in the Garfield County Jail under the authority of the State of Utah, to the United States District Court for the District of Utah before the Honorable Magistrate Judge Robert T. Braithwaite, on November 21, 2011, for purposes of a detention hearing and appearance upon the charges pending in the above-

entitled case against the defendant in the said United States District Court and for final disposition at a later date; hold the said defendant at all times in your custody as an agent of the United States of America; and, that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined and then make a return upon this Writ.

DATED this __17__ day of __November__, 2011.

_____
ROBERT T. BRAITHWAITE
United States Magistrate Judge

I have (partially) (fully) executed the within
_____
body of _____
and delivering _____
on __11/21/2011__

by: _____
Deputy _____