4 February A.D. 2013

## LETTER OF INQUIRY

**TO:** D. Mark Jones, Clerk of the Court
**d.b.a.:** D. MARK JONES, CLERK OF THE COURT
FRANKLIN E. MOSS COURTHOUSE
350 S MAIN ST
SALT LAKE CITY, UT 84101-2180
UNITED STATES

RECEIVED CLERK
FEB 0 8 2013
U.S. DISTRICT COURT

**ATTENTION :** Judge Ted Stewart

**RE:** " RESTITUTION RE: CASE 2:11-CR-000948-TS] "

Greetings,
Honorable Judge Ted Stewart, on 14 May Anno Domini 2012, you ordered an amount of 11,399.90 in restitution and a 100.00 fee, on the same day, a Judgement and Commitment was issued, detailing within that 11,499.90 was to be paid in US Dollars ($). I am confused because according to House Joint Resolution 192, it states that all debt is to be discharged, and cannot be paid, to do so would constitute treason.

According to HJR 192, it is illegal to pay on a debt, with that understanding I am seeking your help, how do I pay this restitution and fee. Please tell me what my remedy is, I do not wish to continue to break the law.

There are thirty (30) days available for a response, failure to respond, means you are in agreement with the HJR 192, and will accept my Promissory Note to discharge the debt. HJR 192 has been attached to this letter for reference. Within the next thirty (30) days I will respectfully await a letter stating the balance is zero (0).

Respectfully,

Eric Allen Glosson
c/o PO BOX 9000
Safford, Arizona Republic

**73rd CONGRESS. SESS I. CHS 46-48,
JUNE 3, 5, 1933**

--------

[CHAPTER 48]

JOINT RESOLUTION

To assure uniform value to the coins and currencies of the United States.

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and
Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times equal power of every dollar, coined or issued by the United States, in the markets and in the payments of debts. Now, there-fore be it.

Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.
(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.
Sec. 2. The last sentences of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:
"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when for single piece, shall be legal tender only at valuation in proportion to their actual weight"

Approved, June 5, 1933 4:40 p.m.

## PROMISSORY NOTE

On this 4th day on the second month in the year of our Lord Two Thousand Thirteen, I, ERIC ALLEN GLOSSON hereby Issue this Promissory Note in the below stated amount, to discharge the debt associated with the same amount. This Promissory Note is issued to the US District Court, Northern District of Utah, Franklin E. Moss Courthouse, c/o D. Mark Jones, Clerk of the Court.

**AMOUNT: $11,499.90**

Authorized by: ERIC ALLEN GLOSSON
ERIC ALLEN GLOSSON

Authenticated by:
Eric Allen Glosson



Ilan Gibson
53-081
Box 9000
d, Arizona [85748]
Correctional Institution

PHOENIX AZ 852
05 FEB 2013 PM 5 L

⇔18653-081⇔
D Marc Jones Court Clerk
US District Court
350 S MAIN ST
Suite 150
SALT LAKE CITY, UT 84101-2180
United States

TN:
18653-081⇔
Ted Stewart
U.S. District Judge
350 S MAIN ST
Frank E. MOSS Courthouse
SALT LAKE CITY, UT 84101-2180
United States

84101218025