NOTICE OF DEFAULT / DISHONOR

Date: 21 March Anno Domini 2013

2:11cr-948-TS

TO: D. Mark Jones, Clerk of the Court
d.b.a.: D. MARK JONES, CLERK OF THE COURT
FRANK E. MOSS COURTHOUSE
350 S MAIN ST
SUITE 150
SALT LAKE CITY, UT 84101-2180
UNITED STATES

RECEIVED CLERK

MAR 25 2013

U.S. DISTRICT COURT

ATTENTION: Judge Ted Stewart

RE: " LETTER OF INQUIRY / REQUEST "

Greetings;

**PLEASE TAKE NOTICE** that you, Honorable Judge Ted Stewart are in default/dishonor due to failing to respond to the LETTER OF INQUIRY, Dated 4 February Anno Domini 2013. It was specified to respond within Thirty (30) Days, otherwise it was understood that you would accept the REQUEST, and are now compelled to those terms, which is to include the acceptance of a Promissary Note, for the amount of $11,499.00, and then to send a receipt that stated the balance was zero. I am looking for payment or performance in this matter and I respectfully await your response. an additional seventeen (17) days have lapsed giving time for your response to be made with the Thirty (30) day time frame given to respond.

Seven (7) days are provided for a response.

Failure to respond forfeits any/all claim/Right in accordance with the doctrines of laches estoppel, and waiver.

Thank you for you Cooperation in advance.

"Without Prejudice"

Eric Allen Glosson, Sui juris
c/o PO BOX 9000
Safford, Arizona Republic

