

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
OCT 15 2013
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

RECEIVED CLERK
OCT 15 2013
U.S. DISTRICT COURT

2:11cr948 TS

10/31/2012 04:20 PM EDT

Version 7.1   Page 1   of 3

U.S. Courts
Case Inquiry Report
Case Num: DUTX211CR00948; Party Num: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions:

Case Number   DUTX211CR000948   Case Title   USA V. ERIC A. GLOSSON

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PAR12195 | ERIC A. GLOSSON | PCCA8801 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 0.00 | 100.00 |
| 001 | PAR12195 | ERIC A. GLOSSON | PCCA8801 | VICTIM RESTITUTION | | 11,399.90 | 0.00 | 11,399.90 |
| | | | | | | 11,499.90 | 0.00 | 11,499.90 |

**Summary Payee Information:**

| Payee Code | Payee Name | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|
| PAR12196 | | | 11,399.90 | 0.00 | 11,399.90 |
| | | | 11,399.90 | 0.00 | 11,399.90 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

Eric Gibson
c/o 18653-081
c/o P.O. Box 9000
Federal Correctional Institution
Safford, Arizona (-148)



CERTIFIED MAIL
7011 0470 0000 0443 0476

D. Marc Jones Court Clerk
US District Court
350 S. Main St
Suite 150
Salt Lake City, UT 84101-2180
United States

84101218025