# LETTER OF REQUEST

Date: 6 March 2014 Anno Domini

From: Eric Allen Orlosson
C/o # 18653-081
C/o PO BOX 1000
Marion, IL 62959

RECEIVED CLERK
MAR 10 2014
U.S. DISTRICT COURT

TO: D.Marc Jones, Clerk of the court
350 S. Main ST
Suite 150
Salt Lake City, UT 84101-2180
United States

RE: "LETTER/BILL OF PARTICULATES"

I, Eric Allen Orlosson do hereby request a copy of the Bill of Particulates from this office regarding case DUTX211CR000948, please send that to the address listed above.

Thank you for your cooperation in advance

Sincerely,

Eric Allen Orlosson

Eric Allen Glosson
c/o #18653-081
c/o PO BOX 1000
Marion, IL 62959
United States Penitentiary

SAINT LOUIS MO 630

07 MAR 2014 PM 4L

⇧ 18653-081 ⇧
D Marc Jones Court Clerk
US District Court
350 S MAIN ST
Suite 150
SALT LAKE CITY, UT 84101-2180
United States

841012180025